(No. 3881)

Revy M. Martin, Claimant, *vs.* State of Illinois, Respondent.

*Order filed November 12, 1947.*

Now coming on to be heard the petition of the respondent filed in the above entitled cause on the first day of October, 1947, and it appearing from said petition: that an award under the Workmen's Compensation Act for total permanent disability, including a pension for life, was heretofore made to the claimant, Revy M. Martin, by this court in its opinion of date June 12, 1945; that in said opinion this court found that claimant's annual wage for the year preceding the accident in question was $1,500.00, and that in addition to the then accrued payments, claimant was entitled to $3,521.46, payable in weekly installments of $16.94 each, beginning June 12, 1945, for a period of 207 weeks with an additional final payment of $14.88; that claimant has received payments under said award at the weekly installment rate of $16.94 from June 12, 1945 to June 23, 1947, or for a period of 106 weeks; that on June 23, 1947,

claimant, Revy M. Martin, was again employed by the respondent, State of Illinois, at the Soldiers and Sailors Home, Quincy, Illinois, at a salary of $145.00 per month, which was increased to $170.00 per month on July 1, 1947; and that said claimant is now employed and earning more than he earned prior to the injury for which said award was made;

*It is, therefore, ordered, adjudged and decreed,* that the award for permanent total disability, heretofore entered herein, be, and the same is hereby terminated, and that the payments thereunder cease forthwith, all in accordance with Section 8 (f) of the Workmen's Compensation Act of Illinois.